# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| APRIL D. ABBOTT, ) <br> ) <br> Movant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Case No. 08-3333-CV-S-GAF |

## ORDER DENYING MOVANT'S REQUEST FOR CERTIFICATE OF APPEALABILITY

Now pending before the Court is Movant's Request for Certificate of Appealability. The Court having considered said request, it is

ORDERED that Movant's request is denied.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: March 26, 2009